UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

MARCELLA KELLY and
NATHAN KELLY,

    Plaintiffs,

v.                                                    Case No. 3:17-CV-36

NISSAN MOTOR ACCEPTANCE
CORPORATION,

    Defendant.

## NOTICE OF PENDING SETTLEMENT

Plaintiffs, MARCELLA KELLY and NATHAN KELLY, by and through their undersigned counsel, hereby notifies the Court that the parties, Plaintiffs, MARCELLA KELLY and NATHAN KELLY, and Defendant, NISSAN MOTOR ACCEPTANCE CORPORATION, have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                                          */s/ Shaughn C .Hill*
                                                          SHAUGHN C. HILL, ESQUIRE
                                                          Florida Bar No. 105998
                                                          MORGAN & MORGAN, TAMPA, P.A.
                                                          One Tampa City Center
                                                          201 N. Franklin Street, Suite 700
                                                          Tampa, FL 33602
                                                          Telephone:  (813) 223-5505
                                                          Facsimile:   (813) 223-5402
                                                          Primary Email: SHill@ForThePeople.com
                                                          Secondary: LCrouch@ForThePeople.com
                                                          *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of April, 2018, the foregoing was filed electronically in accordance with the Court's guidelines, using the Court's CM/ECF system, and a copy of which was served via electronic mail to:

Chadwick A. McTighe
Timothy D. Thompson
STITES & HARBISON PLLC
400 West Market Street, Suite 1800
Louisville, KY 40202-3352
Phone: (502) 587-3400
Email: cmctighe@stites.com
Email: tthompson@stites.com

                                            */s/ Shaughn C. Hill*
                                            SHAUGHN HILL, ESQUIRE
                                            Florida Bar No.: 105998