UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| MARCELLA KELLY and NATHAN KELLY, ) ) ) | |
| Plaintiffs, ) ) | Case No. 3:17-cv-00036-GFVT |
| V. ) ) | |
| NISSAN MOTOR ACCEPTANCE CORPORATION, ) ) ) ) | **ORDER** |
| Defendant. | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Plaintiffs Marcella Kelly and Nathan Kelly, along with Defendant Nissan Motor Acceptance Corporation, provided joint notice to this Court that they wish to dismiss with prejudice all claims asserted by the Plaintiffs against the Defendant, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii). [R. 24.]  On the basis of this representation, it is hereby **ORDERED** all claims of Plaintiffs Marcella Kelly and Nathan Kelly against Defendant Nissan Motor Acceptance Corporation, are hereby **DISMISSED WITH PREJUDICE** with each party to bear their own costs, fees, and expenses.  This matter **SHALL** be stricken from the Court's active docket.

This the 21st day of May, 2018.

Gregory F. Van Tatenhove
United States District Judge